```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

|  |  |
|---|---|
|  | )       8:06CV390 |
|  | ) |
|  | )       ORDER |
|  | ) |
| IN RE: | )   IV - CLEMENS GROUP FILE |
|  | ) |
| WEST CORPORATION FLSA | )   This Pleading Applies to: |
| LITIGATION | )    ____8:06CV123 (Clemens) |
|  | )    ____8:06CV64  (D'Agosta) |
|  | )    ____8:06CV81  (Eadie) |
|  | )    ____8:06CV68  (Garcia) |
|  | )    ____8:06CV105 (Holt) |
|  | )    ____8:06CV108 (Kyhn) |
|  | )    ____8:06CV103 (McNamara) |
|  | )    ____8:06CV112 (Parnell) |
|  | )    ____8:06CV111 (Steiger) |
|  | )    ____8:06CV116 (Swanson) |
|  |      ____8:06CV96  (Watson) |
|  |      ____All |

Exhibit A of defendant's motion for consolidation (filing 11 in 8:06CV59) did not assign plaintiff Kathi Eadie in 8:06CV81 to any of the proposed groups.

Defendant's counsel has now telephoned this chambers and reported that Kathi Eadie should be a part of the group designated "IV-Clemens Group File."

IT THEREFORE HEREBY IS ORDERED:

1. Defendant's unopposed oral motion to add Kathi Eadie to Group IV - CLEMENS GROUP FILE, 8:06CV390, is granted and the heading of this group is amended as provided above.

2. The clerk is directed to add Kathi Eadie, 8:06CV81, to the above group.

DATED June 19, 2006.

                              BY THE COURT

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge